# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

GOLDIE STEVENS, et al.,

                Plaintiffs,

v.                                                 CIVIL ACTION NO. 2:15-cv-09714

APPALACHIAN POWER COMPANY,

                Defendant.

## MEMORANDUM OPINION AND ORDER

Before the Court is Defendant Appalachian Power Company's unopposed Motion for Summary Judgment. (ECF No. 30.) Because Plaintiffs proceed pro se, this action was previously referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings and a recommendation for disposition ("PF&R"). Magistrate Judge Tinsley filed his PF&R on May 8, 2017, recommending that the Court grant the summary judgment motion and dismiss this matter with prejudice. (ECF No. 32.)

The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Failure to file timely objections constitutes a waiver of *de novo* review and a party's right to appeal this Court's Order. 28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984).

Objections to the PF&R in this case were due on May 25, 2017. To date, no objections have been filed. The Court therefore **ADOPTS** the PF&R (ECF No. 32), **GRANTS** Defendant's Motion for Summary Judgment (ECF No. 30), and **ORDERS** that this action be **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: June 6, 2017

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE