IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

GOLDIE STEVENS, et al.,

          Plaintiffs,

v.                                CIVIL ACTION NO.  2:15-cv-09714

APPALACHIAN POWER COMPANY,

          Defendant.

**JUDGMENT ORDER**

In accordance with the Memorandum Opinion and Order entered this day, the Court **ADOPTS** the PF&R (ECF No. 32), **GRANTS** Defendant's Motion for Summary Judgment (ECF No. 30), and **ORDERS** that this action be **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                    ENTER:      June 6, 2017

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE